# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| DARRELL BERRY, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | |
| LOANCITY, ET AL. | NO. 18-888-JWD-RLB |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 30, 2019, to which an objection was filed, (Doc.54),

**IT IS ORDERED** that Federal Home Loan Mortgage Corporation, Freddie Mac Multiclass Certificate Series 3113 Trust and Mortgage Electronic Registration System's Motion to Dismiss (Doc. 5) is GRANTED, and Plaintiffs' claims against Federal Home Loan Mortgage Corporation, Freddie Mac Multiclass Certificate Series 3113 Trust and Mortgage Electronic Registration System are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on September 17, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**