# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DARRELL BERRY, ET AL.**

**VERSUS**

**LOANCITY, ET AL.**

**CIVIL ACTION**

**NO. 18-888-JWD-RLB**

## ORDER

This matter comes before the Court on the *Final Ruling and Oder (sic) for Civil Action No. 18-888-JWD-RLB Motion to Reconsider* (Doc. 54) (the "*MTR II*") filed by Plaintiffs Darrell Berry and Constance Lafayette ("Plaintiffs"). The *MTR II* seeks reconsideration of this Court's *Opinion* (Doc. 58) which adopted the *Magistrate Judge's Report and Recommendation* (Doc. 49), which granted the *Motion to Dismiss* (Doc. 5) filed by Federal Home Loan Mortgage Corporation, Freddie Mac Multiclass Certificate Series 3113 Trust and Mortgage Electronic Registration System (collectively, "Defendants"). *MTR II* is unopposed. Having carefully considered the law, the facts in the record, and the arguments and submissions of the parties,

**IT IS ORDERED** that, for the reasons given in the Court's *Ruling and Order* (Doc. 68) on *MTR I*, the *Final Ruling and Oder (sic) for Civil Action No. 18-888-JWD-RLB Motion to Reconsider* (Doc. 54) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs have failed to show that the Court made any error in its prior *Opinion* (Doc. 58). Nevertheless, because Plaintiffs have presented potential new claims, the Court will grant them thirty (30) days in which to amend their complaint to state viable claims against these Defendants. Plaintiffs are again reminded of their obligations under Rule 11 of the Federal Rules of Civil Procedure, as detailed in the Court's prior *Ruling and Order* (Doc. 68 at 5–6).

**IT IS FURTHER ORDERD** that *Plaintiff's Amendment to the Request for Transcript to Fifth Circuit Court of Appeals and Confirmation All Documents Were Transmitted to Appellant Court Case 0:19-pcd-30836 (sic)* (Doc. 67) is **REFERRED** to the Magistrate Judge.

Signed in Baton Rouge, Louisiana, on November 7, 2019.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**